[Cite as *Strowder v. Astrab*, 2014-Ohio-839.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
No. 100889

# DEMETRIUS STROWDER

RELATOR

vs.

# JUDGE MICHAEL ASTRAB

RESPONDENT

**JUDGMENT:**
WRIT DENIED

Writ of Mandamus/Procedendo
Motion No. 471927
Order No. 472435

**RELEASE DATE:** February 28, 2014

**FOR RELATOR**

Demetrius Strowder, pro se
Inmate No. 604-072
Marion Correctional Institution
P.O. Box 57
Marion, Ohio   43301

**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
BY:   James E. Moss
Assistant County Prosecutor
8th Floor Justice Center
1200 Ontario Street
Cleveland, Ohio   44113

MARY J. BOYLE, A.J.:

**{¶1}** Demetrius Strowder has filed a complaint for a writ of mandamus and/or procedendo. Strowder seeks an order from this court that requires Judge Michael Astrab to render a ruling with regard to a "motion for court to order clerk to serve notice of final order of judgment" filed in *State v. Strowder*, Cuyahoga C.P. No. CR-542305. For the following reasons, we decline to issue a writ of mandamus and/or procedendo on behalf of Strowder.

**{¶2}** Initially, we find that Strowder has failed to comply with Loc.App.R. 45(B)(1)(a), which mandates that a complaint for a writ of mandamus must be supported by a sworn affidavit that specifies the details of his claim for relief. *State ex rel. Leon v. Cuyahoga Cty. Court of Common Pleas*, 8th Dist. Cuyahoga No. 92826, 2009-Ohio-1612; *State ex rel. Santos v. McDonnell*, 8th Dist. Cuyahoga No. 90659, 2008-Ohio-214; *Turner v. Russo*, 8th Dist. Cuyahoga No. 87852, 2006-Ohio-4490; *Barry v. Galvin*, 8th Dist. Cuyahoga No. 85990, 2005-Ohio-2324.

**{¶3}** In addition, Strowder's request for a writ of mandamus and/or procedendo is moot. Attached to Judge Astrab's motion for summary judgment is a copy of a journal entry, journalized on January 22, 2014, which demonstrates that a ruling has been rendered with regard to the motion for court to order clerk to serve notice of final order of judgment. Thus, Strowder is not entitled to a writ of mandamus and/or procedendo. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278,

1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983). Accordingly, we grant Judge Astrab's motion for summary judgment. Costs to Strowder. The court directs the clerk of court to serve all parties with notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

{¶4} Writ denied.


_____
MARY J. BOYLE, ADMINISTRATIVE JUDGE

KENNETH A. ROCCO, J., and
MARY EILEEN KILBANE, J., CONCUR